**McMANIMON, SCOTLAND**
**& BAUMANN, LLC**
427 Riverview Plaza
Trenton, New Jersey 08611
(609) 695-6070
Andrea Dobin (adobin@msbnj.com)
Michele M. Dudas (mdudas@msbnj.com)
*Counsel to Plaintiff Andrea Dobin, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NATIONAL MANAGEMENT & PRESERVATION SERVICES, LLC, d/b/a NATIONAL FIELD NETWORK, LLC,<br><br>Debtor. | Case No. 18-16859 (CMG)<br><br>Chapter 7<br><br>Honorable Christine M. Gravelle, U.S.B.J. |
| ANDREA DOBIN, Trustee,<br><br>    Plaintiff<br><br>v.<br><br>JONATHAN OGLENSKY, BLAKE EUGENE OGLENSKY, EMMA ROSE OGLENSKY, SOPHIE J. OGLENSKY and RACHEL M. OGLENSKY,<br><br>    Defendants. | Adv. No. 24-1206 (CMG)<br><br>**STIPULATION FURTHER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD** |

It is hereby stipulated by Plaintiff Andrea Dobin, Chapter 7 Trustee ("**Plaintiff**"), that the time for Defendants Blake Eugene Oglensky, Emma Rose Oglensky, Sophie J. Oglensky and Rachel M. Oglensky (collectively, the "**Children Defendants**") to answer or otherwise plead in response to the Adversary Complaint filed in this adversary proceeding is hereby further extended through and until September 9, 2024 (the "**Extension Period**") as the parties attempt

to determine the extent and validity, if any, of and defenses to the claims that the Trustee has asserted against the Children Defendants, including through the exchange of informal discovery.

                                           **GOLDMAN & BESLOW LLC**
*Counsel to Defendants Blake Eugene Oglensky, Emma Rose Oglensky, Sophie J. Oglensky and Rachel M. Oglensky*

Dated: August 6, 2024                    By:   /s/ David G. Beslow
                                                               DAVID G. BESLOW

                                           **McMANIMON, SCOTLAND & BAUMANN, LLC**
*Counsel to Plaintiff Andrea Dobin, Chapter 7 Trustee*

Dated: August 6, 2024                      By:     */s/ Michele M. Dudas*
                                                               MICHELE M. DUDAS